

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00313-CR

**MARCOS LEAL,**

                                                      **Appellant**

 **v.**

**THE STATE OF TEXAS,**                              **Appellee**

_____

### From the County Court
### McLennan County, Texas
### Trial Court No. TX 07-0A0-CBS-01

_____

## MEMORANDUM  OPINION

_____

Marcos Leal attempts to appeal the denial of a motion by the justice court. By letter dated August 31, 2012, the Clerk of this Court notified Leal that his appeal was subject to dismissal because it appeared this Court did not have jurisdiction of an appeal from the justice court. *See* TEX. CODE CRIM. PROC. ANN. art. 45.042 (West 2006); TEX. R. APP. P. 44.3. Leal was further warned that the Court would dismiss this appeal unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal. No response has been filed.

This appeal is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed September 27, 2012
Do not publish
[CR25]